No. D–2504. IN RE DISBARMENT OF KROUNER. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]

No. D–2505. IN RE DISBARMENT OF WICKENKAMP. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]

No. D–2506. IN RE DISBARMENT OF CHAMBERS. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]

No. D–2507. IN RE DISBARMENT OF HUTCHINSON. Disbarment entered. [For earlier order herein, see *ante*, p. 809.]

No. D–2509. IN RE DISBARMENT OF SHWEKY. Disbarment entered. [For earlier order herein, see *ante*, p. 810.]

No. D–2568. IN RE DISBARMENT OF JONES. Disbarment entered. [For earlier order herein, see *ante*, p. 818.]

No. D–2577. IN RE ROTHSCHILD. John David Rothschild, of Sonoma, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on November 15, 2010 [*ante*, p. 1039], is discharged.

No. 10M69. S. G. *v.* J. H. Motion for leave to proceed as a veteran denied.

No. 10M70. SEALED APPELLANT *v.* SEALED APPELLEE. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 10M71. DAVIS *v.* TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 10M72. SEARLES *v.* WEST HARTFORD BOARD OF EDUCATION ET AL.;
No. 10M73. PANG ET UX. *v.* FIRST HAWAIIAN BANK; and
No. 10M74. FALSO *v.* SUTHERLAND GLOBAL SERVICES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 09–1476. BOROUGH OF DURYEA, PENNSYLVANIA, ET AL. *v.* GUARNIERI. C. A. 3d Cir. [Certiorari granted, *ante*, p. 960.] Motion of the Acting Solicitor General for leave to participate in